# Exhibit A



**Tri-State Paper Co.**
*149 e, church st.*
*Blackwood, NJ  08012*
*215-455-4506*
*215-455-4509*

**Statement**

*Page 1 of 1*

*10-Nov-2023*

**Customer**

DEL ROSSI'S
538 NORTH 4th STREET

PHILADELPHIA, PA  19123

| Account# | Total Due | Current |
|---|---|---|
| 1778 | $5,810.95 | $0.00 |

| 31-45 Days | 46-60 Days | 61-90 Days | 91-120 Days | 120+ Days |
|---|---|---|---|---|
| $3,273.57 | $1,114.82 | $1,422.56 | $0.00 | $0.00 |

| Invoice | Invoice Date | Due Date | Type | Invoice Amt | Amount Due | Status | P.O. Number |
|---|---|---|---|---|---|---|---|
| 2033378 | 6-Sep-23 | **6-Sep-23** | IN | $1,333.40 | **$1,333.40** | Delinquent | |
| 2033410 | 8-Sep-23 | **8-Sep-23** | IN | $89.16 | **$89.16** | Delinquent | Mike take |
| 2033461 | 14-Sep-23 | **14-Sep-23** | IN | $1,060.22 | **$1,060.22** | Delinquent | |
| 2033540 | 15-Sep-23 | **15-Sep-23** | IN | $54.60 | **$54.60** | Delinquent | Mike take |
| 2033658 | 25-Sep-23 | **25-Sep-23** | IN | $804.39 | **$804.39** | Delinquent | |
| 2033759 | 29-Sep-23 | **29-Sep-23** | IN | $86.55 | **$86.55** | Delinquent | |
| 2033766 | 2-Oct-23 | **2-Oct-23** | IN | $2,382.63 | **$2,382.63** | Delinquent | |