*Form PL262* (12/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tri−State Paper, Inc.<br>    Debtor(s) | Case No. 23−13237−pmm<br>Chapter 11 |
| Tri−State Paper, Inc.<br>Plaintiff<br><br>v.<br><br>Del Rossi's Cheesesteak Co., LLC<br>Defendant | Adversary No. 23−00080−pmm |

## DEFAULT JUDGMENT

Before Judge Patricia M. Mayer

    AND NOW, in accordance with Request for Entry of Default Judgment, Declaration and Certificate of Service it is

    ORDERED that judgment by default be and the same is hereby entered in favor of Plaintiff, Tri-State Paper, Inc. and against Defendant, Del Rossi's Cheesesteak Co., LLC in the amount of Five Thousand Eight Hundred Ten Dollars and Ninety Five Cents ($5,810.95), plus costs in the amount of Three Hundred Fifty Dollars ($350.00), for a total of Six Thousand One Hundred Sixty Dollars and Ninety Five Cents ($6,160.95) sum certain.

Date: December 21, 2023

FOR THE COURT

ATTEST:

_____
Timothy B. McGrath
Clerk of Court